# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:22-CV-03004-KSM |
| ) | |
| SOUTHEASTERN PENNSYLVANIA ) | |
| TRANSPORTATION AUTHORITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## JOINT NOTICE AND MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff United States of America and Defendant Southeastern Pennsylvania Transportation Authority (collectively, the "Parties"), by and through their respective counsel, hereby notify the Court that a Consent Decree resolving the claims in this case was agreed upon by the Parties. Therefore, the Parties jointly move the Court for final approval and entry of the Consent Decree, attached as Exhibit 1.

Dated: August 1, 2022

For Plaintiff United States of America:

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

KAREN D. WOODARD (MD Bar [no number issued])
Chief

*/s/ YOUNG CHOI*
LORI B. KISCH (DC Bar No. 491282)
Special Litigation Counsel
YOUNG CHOI (CA Bar No. 327027)
Trial Attorney
U.S. Department of Justice
Employment Litigation Section, Civil Rights Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Telephone: (202) 305-0942
Email: Lori.Kisch@usdoj.gov, Young.Choi@usdoj.gov

For Defendant Southeastern Pennsylvania Transportation Authority:

*/s/ DANIEL MCGRAVEY*
DANIEL J. MCGRAVEY (PA Bar ID No. 83176)
AMY C. LACHOWICZ (PA Bar ID No. 92192)
Clark Hill PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
Email: Dmcgravey@clarkhill.com, Alachowicz@clarkhill.com

# CERTIFICATE OF SERVICE

I hereby certify this motion was filed electronically and is available for viewing and downloading from the ECF system. In addition, a true and correct copy of the foregoing and all attachments was served electronically to counsel on record for Defendant Southeastern Pennsylvania Transportation Authority:

> Daniel J. McGravey
> Amy C. Lachowicz
> Clark Hill PLC
> Two Commerce Square
> 2001 Market Street, Suite 2620
> Philadelphia, PA 19103

Dated: August 1, 2022                                         /s/ YOUNG CHOI

                                                                                                  Young Choi
                                                                                                   Attorney for the United States