# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CIVIL ACTION** |
| Plaintiff, | |
| v. | **NO. 22-3004-KSM** |
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,** | |
| Defendant. | |

## ORDER

**AND NOW**, this 26th day of August, 2022, upon consideration of the parties' Amended Joint Notice and Motion for Consent Decree (Doc. No. 6), it is **ORDERED** that the Motion (Doc. No. 6) is **GRANTED** and the Consent Decree (Doc. No. 6-1) is **APPROVED**. In addition, the original Motion for Approval of Consent Decree (Doc. No. 5) is **DENIED as moot**.

**IT IS SO ORDERED.**

/s/KAREN SPENCER MARSTON

KAREN SPENCER MARSTON, J.